UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HIPOLITO BARRIENTOS-ARIZA,<br><br>　　Defendant. | NO. CR-05-2071-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

　　Before the Court is Defendant's Motion to Dismiss (Ct. Rec. 19). The Government has reviewed Defendant's factual and legal memorandum in support of his motion to dismiss and concurs with Defendant's motion.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1.　Defendant's Motion to Dismiss (Ct. Rec. 19) is **GRANTED**.

　　2.　The above-captioned case is **dismissed, with prejudice**.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

　　**DATED** this 13th day of October, 2005.

　　　　　　　　　　　　s/ ROBERT H. WHALEY
　　　　　　　　　　　　Chief United States District Judge

Q:\CRIMINAL\2005\Barrientos-Ariza\grant.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1**